JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK WEBSTER; DANIELLE WEBSTER,<br><br>Plaintiffs,<br><br>vs.<br><br>HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA; A CALIFORNIA CORPORATION; HSBC BANK USA, NATIONAL ASSOCIATION, AN ENTITY WHOSE BUSINESS FORM IS UNKNOWN; FREDDIE MAC, AN ENTITY WHOSE BUSINESS FORM IS UNKNOWN; FEDERAL HOME LOAN MORTGAGE CORPORATION, A CALIFORNIA CORPORATION; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE THERETO; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO. CV-11-10798 FMO (AGR)<br>Hon. Fernando M. Olguin<br>Spring St., Courtroom No. 22 - 5th Floor<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>**[Joint Stipulation for Dismissal filed concurrently herewith]**<br><br>NO HEARING REQUIRED |

**ORDER OF DISMISSAL**

31738680v1_240245-00844

## ORDER

The Court, having reviewed the Joint Stipulation filed by Plaintiffs, MARK WEBSTER and DANIELLE WEBSTER ("Plaintiffs") and Defendants HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA and HSBC BANK USA, N.A. ("Defendants"), and good cause appearing thereon, hereby dismisses this entire action with prejudice.  Each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 17, 2013

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge